# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., *Plaintiff,* <br><br> v. <br><br> THE HOME DEPOT, INC., et al., *Defendants.* | Case No.: 2:26-cv-00045 <br><br> Judge Edmund A. Sargus, Jr. Magistrate <br><br> Judge Chelsey M. Vascura |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S MOTION TO STRIKE, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT

This matter is before the Court on Plaintiff DS Advanced Enterprises, Ltd.'s Unopposed Motion to Withdraw Plaintiff's Motion to Strike, or in the Alternative, Motion for a More Definite Statement (the "Motion to Withdraw," ECF No. 19). Defendants do not oppose the Motion to Withdraw.

Upon consideration, and for good cause shown, the Motion to Withdraw (ECF No. 19) is **GRANTED**. Plaintiff's Motion to Strike, or in the Alternative, Motion for a More Definite Statement (ECF No. 14) is hereby deemed **WITHDRAWN**.

**IT IS SO ORDERED.**

 s/ *Chelsey M. Vascura*
_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

0