**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DS ADVANCED ENTERPRISES, LTD.,**

      **Plaintiff,**

    **v.**

                                  **Civil Action 2:26-cv-45**
                                  **Judge Edmund A. Sargus, Jr.**
                                  **Magistrate Judge Chelsey M. Vascura**

**THE HOME DEPOT, INC.,** *et al.***,**

      **Defendants.**

## ORDER

The Court conducted a telephonic preliminary pretrial conference on May 28, 2026. All parties were represented by counsel.

Defendants have filed a Motion to Transfer this case to the Northern District of Georgia, or in the alternative to stay this case pursuant to the customer-suit exception. (ECF No. 22.)

Upon discussion with the parties, the Court concluded that a brief, interim stay during the pendency of ECF No. 22 is warranted.  Accordingly, **WITHIN SEVEN DAYS** of the Court's resolution of ECF No. 22, if appropriate, the parties are to confer and submit a renewed Rule 26(f) Report.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE